JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DEEPGREEN BANK, THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION OF CLEVELAND MHC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 12-3880 DSF (VBKx)<br><br>JUDGMENT |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed.

6/13/12

*Dale S. Fischer*

Dated: _____

_____
Dale S. Fischer
United States District Judge