JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIDELITY NATIONAL TITLE COMPANY, | ) ) ) | Case No.: CV 12-3880 DSF (VBKx) |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| DEEPGREEN BANK, THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION OF CLEVELAND MHC, and DOES 1-10, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed.

6/13/12

Dated: _____ _____
Dale S. Fischer
United States District Judge